# Rogal & Donnellan, P.C.
Attorneys at Law

Suite 203
100 River Ridge Drive
Norwood, Massachusetts 02062
tel. 781.255.1200
fax. 781.255.7750

February 24, 2020

Kevin S. Clapp
79 Brookville Avenue
Brockton, Massachusetts 02302

Re:   Clapp v. Baker et al., U.S.D.C. C.A.# 18-cv-10426-ABS

Dear Mr. Clapp:

    I am following up with you regarding the written discovery that I served upon you on January 15, 2020. Under Fed. R. Civ. P. 33 you had thirty days in which to respond to the interrogatories. Under Fed. R. Civ. P. 34 you had thirty day in which to respond to the request for production of documents. As of today - forty days after service upon you - you have neither responded to the discovery requests nor contacted me to request an extension.

    Kindly notify me immediately of your intentions regarding the outstanding discovery. In addition, please provide to me the documents and information that you are required to provide under Fed. R. Civ. P. 26(a)(1)(A)(i)(ii) and (iii).

    If I do not hear from you by March 4, 2020 I will file a motion in Court seeking an Order forcing you to comply with your obligations.

    Thank you.

Very truly yours,

Joseph G. Donnellan

c.c.:   Counsel of Record

