**AFFIDAVIT**

I, Leo J. Murray, hereby depose and state as follows:

1. I am 62 years old and I reside at 39 Boylston Street, Boston, Massachusetts;

2. I have known Kevin Clapp for approximately 30 years;

3. I have known John Fanning for approximately 40 years;

4. Kevin Clapp has known John Fanning for many years, as Mr. Clapp worked for the MBTA under the management of John Fanning's mother, Diane Fanning;

5. Kevin Clapp has expressed to me bitterness towards Diane Fanning arising from employment issues with the MBTA;

6. Kevin Clapp has expressed to me over the years what can be described as hatred towards The State Police and in particular, John Fanning; and Vincent Noe.

7. Kevin Clapp has expressed to me on numerous occasions that he wants to get John Fanning fired from his position as a State Trooper;

8. Kevin Clapp has expressed to me that he believes John Fanning stopped an investigation concerning an alleged assault of his mother at a nursing home in Westwood, Ma;

9. On March 7, 2016 at approximately 9 p.m. I spoke to Kevin Clapp on the telephone;

10. In this telephone conversation, Kevin Clapp was in what I describe as a "rage" while he was discussing John Fanning;

11. During this conversation, Kevin Clapp threatened John Fanning by stating " I want to kill that little bastard"; " I'll kill him right here"; His demeanor was vicious:

12. During this conversation, Kevin Clapp also threatened John Fanning's wife, by stating "I hate his wife" and " I could kill her" and " I should kill his wife";

13. I am aware that Kevin Clapp has mental health issues and as a result of that, he has claimed that " I can commit any crime I want. They won't lock me up".

14. Based upon the threats that Kevin Clapp made against John Fanning and his wife and his demeanor, I felt obligated to contact the State Police immediately after the phone conversation and report that he had made threats to kill John Fanning and his wife;

15. On March 7, 2016, at approximately 1;20 a.m. I contacted the State Police to report the threats which were made by Kevin Clapp.;

16. On March 7, 2016 at approximately 6;30 p.m. I met with two State Police Troopers at my brother's house in Stoughton and gave a recorded interview concerning the threats which were made by Kevin Clapp;

17. A true and accurate copy of the recorded interview is attached to this Affidavit;

Signed under the pains and penalties of perjury this 27 day of October, 2020;

_____
Leo J. Murray

_____
Liana J. Ponte
Commission Expires: 3/19/2021



LIANA J. PONTE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 19, 2021

| | |
|---|---|
| Sgt. Brian Brooks: | All right, so go ahead and introduce yourself. |
| Tpr. Scott Kearns: | Okay. Uh, Trooper Scott Kearns, assigned to the Norfolk County District Attorney's office. |
| Sgt. Brian Brooks: | Sergeant Brian Brooks from the DA's office, and – |
| Leo Murray: | My name's Leo Murray. |
| Tpr. Scott Kearns: | Okay. Uh, reason we're here, Leo, is, uh, you had called 911 from a pay phone in East Boston early this morning in regards to threats being made against a, uh, State Trooper by the name of, uh, Trooper John Fanning, so we're just here to ask you some questions about that and – |
| Leo Murray: | Yes. |
| Tpr. Scott Kearns: | – why don't you fill us in on – |
| Leo Murray: | Sure. |
| Tpr. Scott Kearns: | – what's goin' on. So, who did you get these, who did you hear these threats from? |
| Leo Murray: | Kevin Clapp. |
| Tpr. Scott Kearns: | Okay. You know how to spell his last name? |
| Leo Murray: | C-L-A-P-P. |
| Tpr. Scott Kearns: | And do you know where Mr. Clapp lives? |
| Leo Murray: | Brockton, the exact street, unknown to me. I've maybe been over there once. I've been, I think I've been to his house once. He has a dog. |
| Tpr. Scott Kearns: | Okay. How do you know Mr. Clapp? |
| Leo Murray: | I know him through, uh, Ms., Ms. Fanning, uh, up to my first cousin, which is John's mom. My first cousins, I've known him off and on for years, and I was very, I was close with John's mom. We're cousins – |
| Tpr. Scott Kearns: | John being Trooper John Fanning? |
| Leo Murray: | Trooper John Fanning's mom, yeah, and this man here, uh, Kevin Clapp, uh, about, they've been associates for years, but they've always gone on vicious, they've always had vicious, uh, uh, uh, vicious battles where Diane would say, you know, the guy to stop talkin' and they talk, stop |

Tpr. Kearns 000017

|   |   |
|---|---|
|  | talkin' for months. Mr. Clapp was a union representative, and he used to go against Mrs. Fanning, who was management for the MBTA. They worked together, and they, and then he, that's how he got involved with, uh – |
| Tpr. Scott Kearns: | So Mr. Clapp knew Trooper Fanning's mother – |
| Leo Murray: | Yep. |
| Tpr. Scott Kearns: | – through employment at the MBTA? |
| Leo Murray: | And a lot of problems there at the end. He, Mr. Clapp, relates to me that uh, Ms. Fanning is responsible for his dis, for his dismissal or low pension or something from the T, so there's been that long bitterness. |
| Tpr. Scott Kearns: | And at one time were they friends or – |
| Leo Murray: | Yes. |
| Tpr. Scott Kearns: | Okay. |
| Leo Murray: | Yep, they were all – |
| Tpr. Scott Kearns: | Okay, and going back to this, uh, morning or the past, most recent conversations you've had with Mr. Clapp, what was he stating? |
| Leo Murray: | Well, he, Mr. Clapp – |
| Tpr. Scott Kearns: | And you, you can refer to Trooper Fanning as John and – |
| Leo Murray: | Okay. |
| Tpr. Scott Kearns: | – Mr. Clapp as Kevin if you want – |
| Leo Murray: | Okay. |
| Tpr. Scott Kearns: | – and Ms., uh, Ms. Fanning is Diane. We know that, now that their names are – |
| Leo Murray: | Okay. |
| Tpr. Scott Kearns: | – on – |
| Leo Murray: | I, I really try to stay away from him because every, he's called me over the years and it's always, uh, it's hatred for the State Police and in particular John Fanning, his deceased mother. Still he goes on about that, and, uh, |

Tpr. Kearns 000018

|  |  |
|---|---|
|  | he goes on about Vin, Vinnie Noe. Uh, you know, maybe one month he's no good, one month he's okay. I got him in, he tells me he has him intimidated to the point where Vinnie, Vinnie, uh, might answer him back by text just to try to, 'cause he, he, uh, Kevin tells me he's got them scared, you know, and, uh, he will get them fired any which way possible through their bosses. I forget what kind of policeman, investigate policemen, and last night was much, he just, I've heard it over and over. Last night he was in more of a rage. |
| Tpr. Scott Kearns: | Why is saying he's gonna get them fired? |
| Leo Murray: | Okay, this is goin' on for years, a long time, but last, the, the reasoning now is he claims, he believes that John Fanning put the wrench, stopped an investigation or put the wrench in investigation, uh, uh, concerning his, Kevin's mother. Kevin claims his mother was assaulted at a nursing home in Westwood, and he's, he's furious that John Fanning never came to his aide to talk to him, but John Fanning's avoided this guy for years. |
| Tpr. Scott Kearns: | Okay. |
| Leo Murray: | Upon a lot of people's advice, including mine, you know, with the few times I see him, you know. |
| Tpr. Scott Kearns: | Okay. In your call, uh, to 911 you state that, uh, Clapp is threatening Fanning. |
| Leo Murray: | Yeah, he's, uh, tellin' me "I'll- |
| Tpr. Scott Kearns: | Can you remember some of the, the specific – |
| Leo Murray: | Yeah, yeah. |
| Tpr. Scott Kearns: | – things that Clapp stated? |
| Leo Murray: | I was, you know, I wanna, I, I'll, you know, I wanna kill that little bastard. Uh, uh, I hate his wife. I could kill her. Uh, I could, you know, I could care less about, you know, the kids. Just, just stuff that's reached new points, and he also says he, tomorrow, which was last night, he is gonna have Nicole and her husband, John's sister Nicole and her husband, and I don't know the last name. His name is Brian. Fired today, and you know, they got good careers up there, and he was a union man and he know, he's ready, he knows how to do some damage to, to employees. I don't care who you are. He's scary, thinks of this stuff for hours and hours and months. I think he's got a lot of anger, and he, the only reason why, I had called him this time because he was, my brother, he's callin', he's callin' my brother sayin', you know, I did a big favor for Leo and, you know, it's |

Tpr. Kearns 000019

important he calls and then he's callin'. Oh, it's urgent. He calls me. Well, uh, you know, but all the, uh, calls, so he's basically harassin', you, you, intimidatin', tellin', tryin' to intimidate me saying, which he, I've done nothing, you know, wrong. He did me a favor and, uh, you know, he ac.., he actually, he wants try, he wants money from me for the favor, and it's the type of favor you do from your heart for somebody else. You know what I mean? It's a volun.., it's a volunteer type thing, and he tried to get money from me and, uh, but it's just an accumulation of things, and this is the general picture. Uh, he believes, you know, he was a big brother to, to John Fanning or a stepdad and he just, and, uh, but he, he, he, John don't pick up the phone. It doesn't seem to make things better, you know, which, you know, the rule is to, you know, I always thought ignore the guy, you know, but this guy, he calls, last night as I spoke, I, I called him because he's been botherin' him and he's, he bothered my father, called my father and said Leo, what's the matter with this guy? All he does is talk about John Fanning and, uh, and his family, and, uh, I, I, I, uh, last night what happened, I said John, and he says John, and every time he calls, "I'd love to know if he was involved in, if he stopped that investigation on the beatin' my mother", Kevin's mother, took, and I, I says Kevin, I seen him about a year ago, and he come, he come right out and says he knows nothing about no investigation, and Kevin, "I gotta let the cops", and he, he went berserk. "I know he's involved. He just come out, you know", and I, I says Kevin, what are you talkin' about? You know, I says, uh, I have, uh, tried to calm him down, you know. I says don't ever put my name in this, but they've been goin', he's in a rage forever, but now I said don't even, I'm only talkin' to you because you've been houndin' my family to talk to ya, and I says don't put me in this, because I don't need, I don't want, I don't want my relatives thinkin' I'm callin' this guy. I mean, this guy here is, uh, he, he's just made so many threats I can't count them over the years. It just, it's time, I just don't know how he can, he, I just don't think that people like Vinnie Noe and John Fanning should be harassed by this guy to this length of time. It, it just, it's just incredible. I don't know how he does it or what he says, uh, how we work. I got an idea but he, uh, you know, I know he, he, uh, and he's pretty, you know, he's gettin' nasty. It's gettin' meaner with the threats. I called him back and said whatta, what are you doin' callin'? I got a call from John Fanning saying that I started to spread what, "I don't care about, you know, about your relatives". I says Kevin, I'm tryin' to do some security work out in, uh, the North Shore here. I'm worried about, uh, helpin' some guy deal with the bouncer, these people, I help them, you know.

Tpr. Scott Kearns:   Mm hmm.

Leo Murray:   Part time little job I got, I says, and I says I gotta worry about gettin' killed tonight, but not for ten bucks an hour, so I can't be dealin' with you callin' my relatives sayin' I'm, you know, I come to a climax, but the, the threats

Tpr. Kearns 000020

|  |  |
|---|---|
|  | of "I'll kill him". I will, uh, I, any which way possible, internal affairs, I'm gonna get him fired and two, you know, there's two MBTA employees, which I have, one girl, John's sister lived at my house up the street here, you know, she for years, she off and on for years. The other day, she's like a little sister to me, to see her make it right up in from a bus driver, uh, from a bus fueler to the office is, a guy like this could ruin their career. I was thinkin' on calling the, uh, executive director who some of them might know her mother from years ago, uh, John's mother, and say, you know, I don't know what this guy's gonna do. I imagine he's gonna call immigration and the FBI on me and say some kind of lie. I've already called, uh, my immigration officer and immigration and sayin', you know, this guy here, he's on, uh, once he finds out, uh, that, uh, I don't know what we're doin'. I was, I, I hope, just hope to push him for some sort of a restraining order or he ain't botherin' people like a guy with five kids who's workin' 80 hours and goin' to school and volunteer work in hockey. Why should my cousin have to worry about this nut? I mean, uh – |
| Tpr. Scott Kearns: | So how long have you known, uh, Clapp? |
| Leo Murray: | 15 years, 20. He's not, but the type you wouldn't see, you know, on a regular basis. |
| Tpr. Scott Kearns: | Right. And he's contacting a lot of the family members? |
| Leo Murray: | Yes. My, uh, my father, my brother, uh, uh, my sister. I change my phone number a lot, uh, I just change the number a lot, and he, he, uh, he's using some kind of intimidation, you know, with, uh, with my brother. It's all about, his whole thing is "I'm gonna rat on 'em and get 'em in trouble", but people that ain't doin' nothin' he's gonna, you know, he's gonna, and that's why I said, I gotta put a report down. I – |
| Sgt. Brian Brooks: | Does he have any mental health issues? |
| Leo Murray: | That I know, uh, he has. He's, uh, on disability for ment.., mental, mental health. I know he was in, uh, uh, Westwood Lodge Hospital and he, he's always screamin' "I can commit any crime I want. They won't lock me up." Three days in a psych unit, that kinda stuff, and, but this time is a little more vicious. |
| Sgt. Brian Brooks: | So specifically what did he say in regards to – |
| Leo Murray: | "I will, I will, uh" – |
| Sgt. Brian Brooks: | Did he say like how he was going to kill him or – |

Tpr. Kearns 000021

| | |
|---|---|
| Leo Murray: | No, he says "I told him to come over here. I'll, I'll, I'll bring his badge. I'll kill him right here." You know, he said, I says, he says I, he says I, he says "I should kill his wife, him", and, uh, the, made threats towards Nicky and her husband, because he was close to them, uh, for a little while, short periods, a few months |
| Sgt. Brian Brooks: | Did he say how he was gonna do it? |
| Leo Murray: | No, uh, let me think. No, he, he just said, he says "I could kill 'em all" and, and "but, but I'm gonna do my best to get all four of 'em fired", meanin', uh, did, did he. He, if Vinnie text him or somethin', if he can get Vin, Vinnie, I won't mention his name, but Vinnie, he'll do on Vinnie the whole time too, and, uh, you know, he hates all State Police officers. It's a common thing, you know, but last night he was much more vicious. I said Kevin, call me back. What are you doin' harassin' this guy? Why put me in it anyways? And, uh, he said "I texted him. Leave, leave Leo Murray out of it", this is what other cops have told me and I don't, you know, I've never talked, uh, I don't know what, uh, he, it's, it's, it's to the point where I don't know how, I mean, I just would like, is there a way that could, uh, you know, he, you know, they could, this man can stop callin' people like John Fanning and Vinnie, me, and maybe my brother, and my family. Is there a way we can do that? Do I hafta go to court or, you know, what, what's your opin.., opinion on this? |
| Sgt. Brian Brooks: | You'd probably have to go to court. You'd probably have to get a harassment order. |
| Tpr. Scott Kearns: | Probably have to get a harassment, yeah. And you're going to have to document the incidents that are happening. |
| Leo Murray: | Okay. |
| Tpr. Scott Kearns: | Either save the text messages or voice mails or emails, however he's contacting you. |
| Leo Murray: | Time, date, write down a few things. |
| Tpr. Scott Kearns: | Yeah. |
| Leo Murray: | But I'm more interested in, I'm not concerned about him and me. I'm concerned about this, this, how, what's he's gotten away with, how he's, uh, done a job on, uh, you know, these, these other guys. He does, he'll do a job on other people to get to them. He will send many texts to John Fanning. He won't answer the things and on and on and on, and then he gets more and more mad and, I mean, just, you know, "why isn't there a gravestone on your mother", texts are natural to the guy, you know, "why |

|                     |                                                                                                                                                                                                                                                                                                                                                             |
|---------------------|-----|
|                     | ain't there a gravestone outside that, uh, your mom's thinbg", and just nasty stuff to, to, uh, all of 'em, you know, all of 'em, but at this point I just think this guy here, between Xanax and wine, you can't mix that stuff, you black out, you know, as you guys probably know, and then anything could happen. I don't know if he's gonna act on this shit. |
| Sgt. Brian Brooks:  | Does he have any weapons or anything like that? |
| Leo Murray:         | I don't think he has, uh, that I know about. He hasn't mentioned, uh, you know, I mean, uh, he'll be screamin', "I'll shoot 'em all", I mean, you but, you don't, you don't, I seen him go through these anger stages, but never, you know, "I'm gonna get, your cut" that, other people fired too, now sisters and brothers and just, uh, vicious something, I mean, wh.., whatever you guys tell me what to do because I just don't like to see it happenin' to these people. |
| Tpr. Scott Kearns:  | Does he have any brothers and sisters? |
| Leo Murray:         | Yeah, he's got, I guess he's got one brother, a, a couple of brothers and sisters but, uh, one of 'em he talks to. The other one – he's got a million beefs with a million people that type of guy, he'll uh. |
| Tpr. Scott Kearns:  | Does his family have contact with him or no? |
| Leo Murray:         | Does he – |
| Tpr. Scott Kearns:  | Does his family, his brothers and sisters? |
| Leo Murray:         | From what I understand, one brother does, uh, the rest of 'em don't. I mean, I mean, everywhere he goes he's got problems, so. |
| Tpr. Scott Kearns:  | Does he live with anybody? |
| Leo Murray:         | He lives in his own house. |
| Tpr. Scott Kearns:  | His own house? No, nobody lives with him, his father or anybody else? |
| Leo Murray:         | No, not that I know of, no and, uh, he, uh, just tryin' to think, he, um, like I said I, you know, he takes a lotta, he tells me he takes Xanax and drinks on that and that's my concern, you know? He, he'll call me and say "I, I read in the paper they moved", it's like a, a constant following, you know, what are they, what are they up to, you know, and if he's can't get it outta me he's gonna call six different other people and, uh, I don't know how to explain how this man works but, uh, I'm at the point I don't care what he says about me, he's got nothing – |

Tpr. Kearns 000023

| | |
|---|---|
| Tpr. Scott Kearns: | Mm hmm. |
| Leo Murray: | – he's got, I've done nothing wrong, you know – |
| Tpr. Scott Kearns: | When's the last time you actually saw him, physically in person? |
| Leo Murray: | I seen him, uh, let's just see, he's been to my house like once or twice. I think it might have been here, it might have been here, and all he did was don't even know these people, go on and on about "John Fanning" and ubba ba ba, and "they used me" and, you know, I was – |
| Tpr. Scott Kearns: | Is that recently or has it been a while? |
| Leo Murray: | No, we're talkin' a few months ago, about, what was he? 4 months ago, Kevin, 3, 4 a few months ago, he asked me, Leo what this, this guy's insane 2 minutes into the conversation, but he, uh, like I say, he sponsored some people, he sponsored, uh, he put up his taxes to sponsor someone, uh, from Columbia to help, to do me a favor and then he was tryin', and, you know, he's not happy, I mean, with me because, uh, he was tryin' to get money outta me and I says, Kevin, I'm livin' on peanuts, I says, you know, why, why are you tryin' to get money outta me? He's type, the type of guy, I mean, you know, he's got a million enemies; he'll have a fence put in and not pay some poor working bastard. On and On, I mean this is the stuff he does. |
| Tpr. Scott Kearns: | He doesn't work? |
| Leo Murray: | He, no he did for years with, the uh, the MBTA, and then he, uh, went on disability. |
| Tpr. Scott Kearns: | Okay. |
| Leo Murray: | I guess, uh, his big thing is that, is the mike on here? Uh, he tells me, uh, his big thing is going on suing everyone. Walgreen's, if they insult him, this ain't ready, I got fifty here, I, I don't know, the guy, pathological liar too, I, I just, I haven't seen him. He would never say, scream at me, he's gonna, you know, gonna get 4 people fired, two of them, three of them are my relatives. |
| Tpr. Scott Kearns: | Right. |
| Leo Murray: | And what I know about Vinnie Noe is just a nice guy, you know. I mean these, these people work hours and hours, they got big families. I'm 58 you know, I don't care, he can't do nothing to me. |

| | |
|---|---|
| Tpr. Scott Kearns: | Prior to last night had he threatened physical harm on anybody? |
| Leo Murray: | Last night, ya. |
| Tpr. Scott Kearns: | Last night |
| Leo Murray: | Ya, when he called back with- |
| Sgt. Brian Brooks: | Prior, prior to last night |
| Tpr. Scott Kearns: | Prior to that. Had he threatened to kill- |
| Leo Murray: | Ya, in different |
| Tpr. Scott Kearns: | Tpr. Fanning or anybody in the past? |
| Leo Murray: | Ya, oh ya, in different, many different times, many, then he would cool off, you know, and uh, |
| Sgt. Brian Brooks: | So, what, what happened last night that prompted you to actually call 911? |
| Leo Murray: | Well, John called me back and says Leo, Kevin contacted him and checks out texts and says I took, gave him some information about a police matter, I never talked police matters with him, one time, I, uh, I asked him do you know any, I've seen him a couple times and he said, he said I don't know nothing about no, I, I, I heard there ain't nothing about no police matter with him and his mother. This Kevin and his mother, it's all, John's, I think it was a year ago. I don't even remember. You know, and uh, Kevin. That's all I know, Kevin's saying "I knew he put the wrench in that, I knew he stopped that investigation." Uh, like I said he's always trying to sue somebody or this or that, I don't even know if his mother got hurt over there, I can't say, I don't know the story. |
| Sgt. Brian Brooks: | So, but what happened that elevated it to- |
| Leo Murray: | Okay |
| Sgt. Brian Brooks: | -the point last night that you called |
| Leo Murray: | Well, I called him back and, he was saying "I'm getting them all fired up, I'll kill them." He called me on a 508 number, a different number and that and on and on and on about them uh, I believe this is the number he called me on last night 508-818- |
| Tpr. Scott Kearns: | Yup. |

Tpr. Kearns 000025

| | |
|---|---|
| Leo Murray: | 6-7682, 818-7682. And I think that's a 508, I'm pretty sure that's the number, yup. |
| Tpr. Scott Kearns: | Is that number in your phone? |
| Leo Murray: | Yeah, but I don't have my phone on me and uh |
| Tpr. Scott Kearns: | And what's the 617 number. |
| Leo Murray: | That's his original number, you know. I think when I first talked to him, he tells me, he asks me every time, "Do you know anything about the, my mother's investigation, I still say it's that Johnnie who ruined it" and I says, I said Kevin, I, I seen him once about a year ago and before I could say a word he says I know nothing about no investigation. I don't know anything moving forward or nothing. He was always asking. I seen him twice. Two or three times a year I'd see him, John Fanning, and usually like a family function. |
| Tpr. Scott Kearns: | Yup. |
| Leo Murray: | And, uh, he, he, you know we didn't talk a lot, you know, I mean it ain't like uh, I help him move his furniture. |
| Sgt. Brian Brooks: | So, so what happened last night- |
| Leo Murray: | Well, he- |
| Sgt. Brian Brooks: | -that you, that it ramped up to the point where- |
| Leo Murray: | He was, he's saying, "I know he ruin, he stopped the investigation", the Norfolk County investigation, uh, and I said well how do you know that, you know, what, what investigation and then. He went and I says Listen if you're going to start harassing him and Vinnie do not use my name. Keep my name out of it I said that's all I'm asking you. And he was, he was, he was getting madder and madder, well. Was it, that, and now what did I do. I went out and I called him, I come back. Was it the next night? I think I called him, the next night I called him. Which was last night. And said listen Kevin, what, what, what, what went on man. John's calling me, why, why you putting me, my name, I know you been, you know |
| Tpr. Scott Kearns: | So you were saying Kevin told John that you said something. |
| Leo Murray: | Right |
| Tpr. Scott Kearns: | So then you reached out to Kevin Clapp and said- |

Tpr. Kearns 000026

| | |
|---|---|
| Leo Murray: | Wha.., what happened |
| Tpr. Scott Kearns: | Why, Why you saying I did- |
| Leo Murray: | And he said "I texted him, I left you out of it, It's the other two cops," ba ba ba ba, why, what did I say, why are trying to tell me you're going to call the MBTA and get other people fired. Relative, "relatives of yours, huh," he never got, he, he was like out of his mind, you know, and uh |
| Tpr. Scott Kearns: | So last night he was worse than |
| Leo Murray: | Yes |
| Tpr. Scott Kearns: | -he usually is. |
| Leo Murray: | Yes, and that's why I went back a second time and picked up the phone. I didn't want to go back and uh, first time they said you want us to fill a report. We'll come over, can you wait. And I just thought maybe, you know, somebody can call this guy up and say stop bothering these people. Wha.., I, I, I just, I just, this, this guy should not, uh, you know. I don't even want to hear from the guy. I've just had it. The reason why I did, I, did me a favor, I don't need this favor. The people from Columbia never made it, uh, that fell through. One year he put up his taxes. He will be picking up, he'll call the FBI on me and the Immigration. He'll make some kind of lie up. He'll say I brought ten people from Columbia. He'll say, who knows, anything, you know what I mean. It was a human service type thing and he was trying to get money off me and I was, you know, I was just, it just uh, |
| Sgt. Brian Brooks: | So he's made physical threats against John before- |
| Leo Murray: | Yeah |
| Sgt. Brian Brooks: | About how many times before? |
| Leo Murray: | Uh, over the years, dozen- |
| Sgt. Brian Brooks: | Dozen- |
| Leo Murray: | Dozen times |
| Sgt. Brian Brooks: | And how many times did you actually speak with Clapp this weekend? |
| Leo Murray: | Uh, tw.., twice, twice, two different nights. |
| Sgt. Brian Brooks: | Two different nights, so- |

Tpr. Kearns 000027

| | |
|---|---|
| Leo Murray: | Yeah, but I called a few times, call me back, what's going on here, what happened? |
| Sgt. Brian Brooks: | -so Saturday and Sunday, so |
| Leo Murray: | Yup. |
| Tpr. Scott Kearns: | Ok, Does Clapp text you also or just call you on the phone? |
| Leo Murray: | No, I don't think he uh, I texted him to get him to call me |
| Tpr. Scott Kearns: | OK |
| Leo Murray: | and, uh |
| Tpr. Scott Kearns: | So you have no texts from him that we could look at? |
| Leo Murray: | Nope, I got nothing, I got nothing like that, I, my brother. He called my brother and said, He was, uh, I tried, even Nicky said it, I seen Nicky, Nicky said Leo cut ties with this guy, you know. And I said Nicky, I did, and months went by and he's calling him and this is getting serious, I did him a big favor and ba ba ba ba and- |
| Tpr. Scott Kearns: | What's your brother's name? |
| Leo Murray: | Edward, he's on an oxygen tank |
| Tpr. Scott Kearns: | Yup |
| Leo Murray: | Bad heart, I just can't have him bothering him |
| Tpr. Scott Kearns: | No, that's fine |
| Leo Murray: | I don't know uh, I'd like to get a restraining order where he don't call me. I hope, I hope he don't bother those two officers, just stuff like that |
| Sgt. Brian Brooks: | Sure, you should go down the court and get one tomorrow |
| Leo Murray: | How do I, uh |
| Sgt. Brian Brooks: | Just go down the court |
| Leo Murray: | This happened in Boston Court, uh |
| Sgt. Brian Brooks: | Ya, because that's where you live |

Tpr. Kearns 000028

| | |
|---|---|
| Sgt. Brian Brooks: | Go down to East Boston District Court and get a harassment order. |
| Tpr. Scott Kearns: | It's going to be a harassment order, which is, virtually the same thing, but because you don't have a live in relationship with him it's a harassment order as opposed to a- |
| Leo Murray: | I see |
| Tpr. Scott Kearns: | -restraining order. |
| Leo Murray: | So that way there they uh, but, you know the way he works, calling other people, but that's uh, can I get it where he don't call me, call this, I |
| Sgt. Brian Brooks: | You gotta go- |
| Leo Murray: | -my family |
| Sgt. Brian Brooks: | You gotta go down the court and talk to them |
| Leo Murray: | Ya, see if we can get him to stop calling this family too. |
| Sgt. Brian Brooks: | Right, they'll have to do that on their own. |
| Leo Murray: | You know, I'm, I'm not personally worried about this guy here, he's a |
| Tpr. Scott Kearns: | Do you know of him ever act, ever actually acting out on his threats, has he ever actually assaulted anybody that you're aware of? |
| Leo Murray: | Ah, he's told me many, he's told me a lot of stories you know about- |
| Tpr. Scott Kearns: | Besides his storytelling- |
| Leo Murray: | Well, you know, he's uh |
| Tpr. Scott Kearns: | Do you know of any incidents, personally that you know, that you're aware of? |
| Leo Murray: | Just what he told me, he assaulted some people that were at his mother's house. That they, uh, construction people. I don't know if it happened. He told me that, you know. |
| Tpr. Scott Kearns: | Ok |

Tpr. Kearns 000029

| | |
|---|---|
| Leo Murray: | I always hear that, you know, he went in there you know he was selling the house and one of the Chinese worker was working there and he had assault, he grabbed him by the neck, you know all kinds of stuff. He tells me this stuff, but what do you believe, you know. They, they tried, you know, got ten beefs with ten different people. That type of guy. I don't know. But uh, I'm more. I'm just as.., I'm more concerned to about him trying to get people's jobs, uh, you know he told me he called diversity, on John's mother years ago, he told me that you know, and that caused a lot of problems on her job years ago. His mother's deceased. |
| Sgt. Brian Brooks: | Anything else you can think of? |
| Leo Murray: | Nope. |
| Sgt. Brian Brooks: | Ok. |
| Tpr. Scott Kearns: | Alright Leo it's 6:43. We're going to end, end the interview at this point, Ok. |
| Leo Murray: | Yup. |
| Tpr. Scott Kearns: | Alright, Thank you. |

```
SpeakWrite
www.speakwrite.com
Job Number: 16069-001
Custom Filename: LEO MURRAY AUDIO INTERVIEW
Date: 03/09/2016
Billed Words: 3246
```

Tpr. Kearns 000030