# In the Matter of:

*KEVIN S. CLAPP vs*

*MARK COHEN*

*Kevin S. Clapp Vol II*

*October 16, 2020*

68 Commercial Wharf • Boston, MA 02110
888.825.3376 - 617.399.0130
Global Coverage
court-reporting.com



```
 1                UNITED STATES DISTRICT COURT
 2                  DISTRICT OF MASSACHUSETTS
 3              CIVIL ACTION NO. 1:18-CV-10426-ADB
 4
 5   * * * * * * * * * * * * * * * * * * * * * *
 6   KEVIN S. CLAPP,
 7                                    Plaintiff,
 8   vs.
 9
10   MARK COHEN, JOHN FANNING,
11   VINCENT NOE, BRUCE TOBIN,
12   BRIAN TULLY, SCOTT KEARNS,
13   BRIAN BROOKS, and JAMES FLANAGAN,
14                                    Defendants.
15   * * * * * * * * * * * * * * * * * * * * * *
16                         VOLUME II
17       CONTINUED DEPOSITION OF: KEVIN S. CLAPP
18                     Conducted Remotely
19       O'Brien & Levine Court Reporting Solutions
20                    68 Commercial Wharf
21                    Boston, Massachusetts
22       Friday, October 16, 2020          10:22 a.m.
23
24
```

Case 1:18-cv-10426-ADB   Document 220-2   Filed 01/28/22   Page 3 of 16

KEVIN S. CLAPP vs
MARK COHEN

Kevin S. Clapp
October 16, 2020

163

```
 1   APPEARANCES (CONTINUED):
 2
 3   On behalf of the Plaintiff:
 4
 5       Kevin S. Clapp, Pro Se
 6       79 Brookvale Avenue
 7       Brockton, Massachusetts   02303
 8       508-588-5388
 9
10   On behalf of the Defendant, Mark Cohen:
11
12       David J. Officer, P.C.
13       DAVID J. OFFICER, ESQ.
14       17 Blackthorn Drive
15       Southborough, Massachusetts   01772
16       508-481-5044
17       david@davidofficerlaw.com
18
19
20
21
22
23
24
```

Case 1:18-cv-10426-ADB   Document 220-2   Filed 01/28/22   Page 4 of 16

KEVIN S. CLAPP vs
MARK COHEN

Kevin S. Clapp
October 16, 2020

164

```
 1   APPEARANCES (CONTINUED):
 2
 3   On behalf of the Defendant, John Fanning:
 4
 5       Law Offices of Daniel Moynihan
 6       DANIEL MOYNIHAN, ESQ.
 7       271 Main Street, #302
 8       Stoneham, Massachusetts   07180
 9       781-438-8800
10       moynihanlaw@verizon.net
11
12   On behalf of the Defendant, Vincent Noe:
13
14       Reardon, Joyce, & Akerson
15       MICHAEL J. AKERSON, ESQ.
16       4 Lancaster Terrace
17       Worcester, Massachusetts   01609
18       508-754-7285
19       akerson@rja-law.com
20
21
22
23
24
```

```
                                                              165
 1   APPEARANCES (CONTINUED):
 2
 3   On behalf of the Defendant, Scott Kearns:
 4
 5        Rogal & Donnellan, P.C.
 6        BRIAN ROGAL, ESQ.
 7        JOHN DONNELLAN, ESQ.
 8        100 River Ridge Road, Suite 203
 9        Norwood, Massachusetts  02062
10        781-255-1200
11        brogal@rogalanddonnelan.com
12        jdonnellan@rogalanddonnelan.com
13
14   On behalf of the Defendants, Brian Tully and Brian
15   Brooks:
16
17        Rafanelli & Kittredge
18        ALANA BLATT CLEMENTS
19        1 Keefe Road
20        Acton, Massachusetts  01720
21        978-369-6001
22        aclements@rkpclaw.com
23
24
```

```
                                                              166
 1
 2                          I N D E X
 3   WITNESS:                                          PAGE NO.
 4   Kevin S. Clapp
 5   (by Mr. Moynihan)                                    180
 6   (by Mr. Donnellan)                                   280
 7
 8                         _____
 9                        E X H I B I T S
10   EX. NO.                                           PAGE NO.
11   Exhibit 32      Judgment                             372
12                         _____
13    (Exhibit 32 electronically marked and attached to
14                        transcripts.)
15
16
17
18
19
20
21
22
23
24
```

Case 1:18-cv-10426-ADB   Document 220-2   Filed 01/28/22   Page 7 of 16

KEVIN S. CLAPP vs
MARK COHEN

Kevin S. Clapp
October 16, 2020

167

P R O C E E D I N G S

1
2       THE STENOGRAPHER:  This is Valerie Johnston.  I
3   am a Registered Professional Reporter, and I am a
4   Notary Public in the Commonwealth of Massachusetts.
5       This deposition is being taken remotely.  This
6   witness is appearing remotely from O'Brien & Levine
7   Court Reporting Solutions, 68 Commercial Wharf,
8   Boston, Massachusetts.
9       The attorneys participating in this proceeding
10  acknowledge their understanding that I am not
11  physically present in the proceeding room, nor am I
12  physically present with the witness, and that I will
13  be reporting this proceeding remotely.
14      They further acknowledge that, in lieu of an
15  oath administered in person, the witness will
16  verbally declare his testimony in this matter under
17  the pains and penalties of perjury.  The parties and
18  their counsel consent to the arrangement and waive
19  any objections to this manner of proceeding.
20      Please indicate your agreement by stating your
21  name and your agreement on the record, after which I
22  will swear in the witness and we may begin.
23          MR. ROGAL:  Brian Rogal.  I agree.
24          MR. DONNELLAN:  Joe Donnellan.  I agree.

Case 1:18-cv-10426-ADB   Document 220-2   Filed 01/28/22   Page 8 of 16

KEVIN S. CLAPP vs
MARK COHEN

Kevin S. Clapp
October 16, 2020

168

1           MR. MOYNIHAN:  Dan Moynihan.  I agree.
2           MR. AKERSON:  Michael Akerson.  I agree.
3           MS. CLEMENTS:  Alana Blatt Clements, and I
4  agree.
5           MR. OFFICER:  David Officer.  I agree.
6                         _____
7                     KEVIN S. CLAPP,
8  having been satisfactorily identified, and duly
9  sworn by the Notary Public, was examined and
10 testified as follows:
11
12          MR. MOYNIHAN:  Are we ready?
13          THE WITNESS:  Seems to be.
14          MR. MOYNIHAN:  Are we -- are we taking
15 pictures of the clothes, Joe or -- or --
16          THE WITNESS:  I have no control over that.
17          MR. DONNELLAN:  And I'm hoping -- and,
18 Mr. Clapp, have you brought those clothes?
19          THE WITNESS:  Yes, I did.  I've said that
20 three times.  Oh, what a beautiful poodle.
21 (Inaudible) the other one.
22          MR. DONNELLAN:  Would me a favor and just
23 lay them out on the table in front of you, and the
24 staff person will come in and take a picture for us.

1   know, God has a strange way of bringing people
2   together.
3        Q.   Yup.
4             Now, you were arrested on March 8th of
5   2016, correct?
6        A.   I don't remember what day in March.  It --
7   it was either the 6th or the 8th.
8        Q.   Okay.  And that -- that's not here nor
9   there.  But you were arrested at your house,
10  correct, and that's the subject -- one of the
11  subjects of this lawsuit?
12       A.   Right.
13       Q.   All right.  And you're aware that Trooper
14  Fanning was not part of that execution of that
15  arrest, correct?
16       A.   Well, he wasn't there.
17       Q.   Correct.  So he did not take part in the
18  arrest itself?
19       A.   No.
20       Q.   Okay.  And Trooper Fanning did not take
21  part in the transport of you from the barracks into
22  the ambulance, do you agree?
23       A.   No.
24       Q.   Okay.  So you've named a number of

1   Defendants in this case, and one of them is my
2   client, Mr. Fanning.  And so what is your basis of
3   liability against Mr. Fanning today?
4        A.   What is my basis of liability against him?
5   He orchestrated the whole thing from start to end.
6        Q.   Okay.  And what makes you believe that?
7        A.   Well, if you got the transcripts from the
8   first court -- and he did a good job with the second
9   one.  That certainly shows the liars that the State
10  Police were.  I thank you for that, by letting me
11  know because I got two -- two transcripts.
12            But, if you were to get, Dan, the
13  transcript from the first trial, I don't know if
14  you'd call it a circus or what you'd call it.  It
15  went on for four days in Dedham.
16            And Leo Murray, I'm glad you're going to
17  subpoena him at this trial, because he was supposed
18  to be a star witness for the Commonwealth.  He ended
19  up being a star witness for me.  He told the jury I
20  was the nicest guy.  He never thought it was going
21  to lead to this.  He didn't mean for this to happen.
22  He -- he -- he was ready to snap.  Leo can't be put
23  under pressure.
24            Then one day he forget his glasses, so I

207

1    gave him mine.  He said, "See, jurors, see how nice
2    this man is."  He's supposed to be for the
3    Commonwealth.  Then, when he left, he hugged me and
4    he said, "I hope you win."
5            John Fanning paid me a hundred dollar to
6    sweep this under the rug.  He also told me that on a
7    phone call.  So the word, conspiracy, comes into
8    this.
9            Although John Fanning never did anything
10   physically to me, it's my belief with what I know
11   and have investigated and been told, that John
12   Fanning had a conspiracy to put my mother's case
13   under the rug, and that's exactly what he did, and
14   he could have stopped this case any time he wanted
15   to.
16           Now, what's unusual, if you're not a police
17   officer, usually, they'll go forward with charges,
18   but if you're a police officer, a state trooper, and
19   John went to the proper people and said, look it,
20   you know, I just want to make peace, I've known
21   Kevin, he knew my family, we've helped each other,
22   this is ridiculous, these charges have to be
23   dropped, he could have done that at any time, but he
24   chose not to, and it -- the -- it -- it was -- for

Case 1:18-cv-10426-ADB   Document 220-2   Filed 01/28/22   Page 12 of 16

KEVIN S. CLAPP vs
MARK COHEN

Kevin S. Clapp
October 16, 2020

208

1   whatever reason -- and I don't think I'll ever know
2   the reason.
3          Well, I do know the reason.  He -- and
4   there was a lot of testimony at that first trial
5   that confirmed my suspicion, Mr. Moynihan, that he
6   was involved in this, that he was grossly involved
7   in it.
8       Q.   That he was involved in what, sir?
9       A.   In the conspiracy of the -- the conspiracy
10  of my mother's murder.
11      Q.   Okay.  Well, let's -- let's take one step
12  at a time.  I'm asking you about this case.  But now
13  that you brought it up, let me go back to that.
14      A.   Well, it's all intertwined.
15      Q.   Okay.  You believe that -- well, let me ask
16  you this:  Where was your mother a patient?
17      A.   She was a patient at so many rehab centers
18  I can't possibly know.
19      Q.   Let me be more -- let me be more specific.
20  I believe, in emails, you've articulated your belief
21  that she was abused or -- or beaten at a particular
22  nursing home, is that correct?
23      A.   I don't do emails.  I don't know how --
24      Q.   You -- you -- you emailed Mr. Noe and Mr.

Case 1:18-cv-10426-ADB   Document 220-2   Filed 01/28/22   Page 13 of 16

KEVIN S. CLAPP vs
MARK COHEN

Kevin S. Clapp
October 16, 2020

236

1    Q.   All right.  And so this text goes on to say
2  that -- that they told you, correct, that there was
3  a trooper assigned to Morrissey's office who hates
4  you is what you say they told you, correct?
5    A.   Right.
6    Q.   And they went on to tell you that he, this
7  trooper, bagged this case?  Is that what --
8    A.   Right.
9    Q.   -- your allegation is?
10   A.   Right.
11   Q.   And --
12   A.   But this is coming from them to me.
13   Q.   Correct.  And these are the two Quincy
14 cops?
15   A.   Right.
16   Q.   And your position here in this text and in
17 this case, I guess, is that they looked into a
18 notebook and said that his name was Fanning?
19   A.   Right.
20   Q.   Okay.  So these two cops -- Quincy cops are
21 the ones that gave you this notion that Trooper
22 Fanning, as you say, bagged your mother's case, is
23 that accurate?
24   A.   Well, they were the first ones that put it

237

1   in my head until Leo Mary texted me that night
2   before I was arrested and said young John is the one
3   that swept it under the rug.  So now I have two
4   things swirling in my head.
5        Q.  Where was that -- where is that text
6   from?
7        A.  Well, I don't know if it's here or if
8   it's -- it's -- it's --
9        Q.  Well, let me ask -- let me ask you to -- to
10  tell me what did -- so your position is one of
11  your -- one of the -- the pillars of your --
12       A.  Oh, it's on the next page.
13       Q.  Of the text?
14       A.  Yeah.  Yeah.  There's -- there's...
15       Q.  Where is it, sir?
16       A.  Well, there is -- I have to go through the
17  whole thing.  But I mean, it starts at -- you know,
18  there's a lot of texts here.  If you look at Part 7
19  capitalized.  Again, I'm talking to Vinnie.  (As
20  read) "How ironic, Vin.  I saved his son's life, and
21  he conspired to take my mother's life, and last
22  night the frosting was put on the cake, and then
23  cousin Leo tells me that Fanning told Leo that he,
24  Fanning, will make sure my mother's beating case

1  goes nowhere.  I will tell you, Vin, this is not
2  good.  My mother always liked John, Jane, and the
3  kids, even had them over for dinner.  Even my mother
4  said tell both John and Jane about what Diane did to
5  Luke in the tub.  I truly believe they all have
6  Satan in them.  The devil can only work through
7  people.  They need an exorcist.  The devil must be
8  removed.  They are so full of evil.  Gee Vin, how
9  odd.  Cousin Leo has had his phone off all day and
10 Cousin Leo don't -- don't lie.  Like Leo said, I
11 have done, meaning me, I have done so much for all
12 of them.  They're just so ungrateful," and -- and
13 there was more than that that Leo said.  I think
14 there's more texts, because there's lower casings in
15 this.
16      Q.  Right.  So -- so, just so I'm clear, the
17 basis of your allegation against Mr. Fanning for
18 conspiracy is the two Quincy cops, correct?  That's
19 one -- that's one pillar?
20      A.  Yeah.  I mean, this is what they --
21      Q.  And then -- and then an alleged text from
22 Leo the night before you made a threat against
23 Mr. Fanning?
24      A.  Say that again, the last part.

Case 1:18-cv-10426-ADB   Document 220-2   Filed 01/28/22   Page 16 of 16

KEVIN S. CLAPP vs
MARK COHEN

Kevin S. Clapp
October 16, 2020

239

1       Q.  Well, let me break it up.  The -- the
2  second pillar of your conspiracy theory is this text
3  from Leo, is that your testimony?
4       A.  Right.  Well, that -- right.
5       Q.  Okay.  And so here you say that Cousin Leo
6  don't lie, correct?
7       A.  Right.
8       Q.  So you believe Leo is always truthful?
9       A.  Oh, I don't think he's always truthful.  It
10 depends whether he's drunk or high.
11      Q.  Well, if he was drunk or high, when he --
12      A.  Well, you -- if you -- if you listen to the
13 tapes when he made the 911 call saying, when I
14 threatened John Fanning and Jane Fanning's lives to
15 kill them, you would certainly think, as the jury
16 did, that he was under the influence of alcohol
17 and/or drugs.
18      Q.  Okay.
19      A.  He calls them what they call benders, and
20 he goes on -- as he told the jury, he had a
21 blackout.  So Leo -- in fact, what Kevin Mullen, the
22 special prosecutor did in his closing, he even told
23 the jury, you know, Leo is an odd duck.  I mean, we
24 don't know whether to believe him are or not.  I