# United States District Court
## District of Massachusetts

Kevin S. Clapp
   Plaintiff
V.
Charles Baker, et. al.
   Defendants

Civil Action #
1:18-cv.10426-ADB

## Plaintiff Kevin S. Clapp Answers to Defendant Bruce Tobin's First set of Interrogatories

1.) Disabled, worked part time self employed on 1099 Tax For For Trans. pro courier from Jan. 1rst. 2019 to Aug. 24, 2019 Courier - $12.00 per hr $17.00 per hr self employed use your own CAR Pickup Bank papers in vault Boxes At night Wanted me to work more hrs. I can not he said you can not due the route your doing The Bank is not happy with you I said because I do my Job and make notes and call the Police on open Back Doors at Bank, owner said I will give you a diffrent route I said No he said then your Fired, I Then Collected unemployment For 26 wks at $109 wkly I am Disabled and have not worked since nor can I work.

2.) Physical and Mentally Disabled - Back Surgery 12/99 (Unstable Angina) having pain mothers murder put undue stress on me I am very Suicidal, depressed Soc. Sec. Sends me Forms to Fill out every 3 yrs I mail Them Back Then They tell me I am still disabled under there Rules they can examine me untill age 65 I will be Age 61 on Aug 12th. "God don't want me yet"

# Clapp v. Baker

Pg. 2

Also M.B.T.A I went out on Back and mental Dissability they had me examined by some Psehtrist 2yrs. Ago who told The Ⓣ never to have me examined Again I have been threw to much trauma and can not work even Though I can part time and I Force myself to The Ⓑ can have me examined every 3yrs. up to Age 65 then no more Age 65 is The magic Age, Then when I told The Ⓣ Doctor and Soc. Sec. about how I was ambushed by The Mass. State Police and Then ate a bottle of 95 Nitroglycerin I have unstable Angina chewed the Glass Bottle and ate 30 10mg Valiums and took 2 100.mg viagra a sure way to die I did see Heaven I Saw my mother, Dad, my Grandmother with my mom In her Arms when she was 2yrs old I want to die I want to be with my mother and 56 other True Friends and Relatives I Lost what do I have to Live For? I Really hit Rock Bottom when The State Police Ambushed me why? Wouldn't they want me to help Save there mother? I am A good person Big Heart and people I had For years in my Life are dead happy in heaven I Believe we Live In A "Hell" Black Lives Do matter, All Lifes due I told every Black person I see what this white man went Threw to be a good son and I tell Them All white troopers beat me up I told Them They agreed and Said they want to start demonstrating At State Police Hdqts In Framingham because The State Police only Beat

Clapp v. Baker                                                            pg. 3

me up, They said, if I was Black I would had been killed by Guns and it would of been as always Justified A Black man told me he is stopped 18x A month by the State Police and out of 2200 uniform Trps. hardly any are woman or Black. The Black Lifes matter asked me why state Police can take there cars home 2200 plus Cars state Auditor Suzane Bump said to stop it and This state would save 16 million Dollars yrly. Drive to your Detail or Barracks there pension why does The Gov. pick on The T we only got 53% of Base pay FOR 23 yrs and no age The State Police Get 20 yrs no age 50%  25 yrs. no age 75% Is That Fair? "Whats Good for the Goose is Good FOR The Gander" state Judges work 30 hrs. wkly plus or less 10 yrs. on the Bench and 80% of $183,000 whats wrong? Why does the state Police Get A pension Based on there highest 3 yrs. with overtime? But charlie Baker and every Gov. wont fool with The Trps. union thats how he gets elected let the T Sink people hate the poor T workers So Charlie Baker gets All There votes of

the people That hate The T
None of my injuries I recovered from I got worse, pain everywhere RT. Arm hand pain PTSD, Suicidal Major Depression Left foot Pain major depression, Pee and pooh my pants Throw up I Go 3 months with same clothes and No shower so Ask yourself Did I what the

State Police Did to a nice man help or hurt my Conditions,

C) Trp. Tobin Pulled my RT. Arm out of the Socket I have a hard time talking or writing what was done to me I feel Like that Poor Black man George that was Killed yelling For his mother. thats what I did and I Thought This was all A CAR Jacking untill when they had there big Feet Standing on my neck and Back "I said my mother will get you all Back from Heaven" "one of them Said Fuck your mother In Heaven They had Foam coming out of there mouth Like A Rabid wild Boar They threw my coffee on me Kicked me, Spit on me how, were these police It was impossible $ Then Later on when I was transp. Trp. Mason Said "hey Dont Blame us where only the Cab Driver" This is a shit case you will Be out tonight I told them to pull over and Shoot me and you still can be a hero on The 11PM. News They Ambushed me to protect one of there own and 2 Jurys Saw That and cried and Just Said there all Liars not one of them could tell the Same story oh was that apparent when I Read The 298 pages of the Last Case transcript

D) (See Above)

E) (will Get photos)

F) DR. McManmana. 50% Loss of use Depending on what $ Job NO Running & Tread mill DR. Hervey Kimball 50% Loss of use of

Clapp v. Baker                                    Pg 5

my Right Arm and hand. DR. Grilli 50% Loss of hearing From being Kicked on RT. eaR. DR. Goella - 100%
I will most Likely one day Just try and succeed to go to Heaven.

3.) Already answ. in other Interrogatory's

4.) ALL was Listed Agreed by Counsel I signed all my medical Release notes.

5.) you have answer to this

6.) Your sick my Father Died on oct. 19, 1983 If you Read Interrogatory No: 6 "it ask what you and your father did, saw, heard, There is an answer to This uncalled for sick sociopath Question my Father watched and cried From Heaven — wait untill I show the Jury this — This is the example that you Trooper Lawyers Due to me to want to kill myself — "God Does not Like ugly" I must call my ph.D. and I can feel shaky this was a mean thing and sick to do to me.

7.) The Jurys that heard This case twice They Ambushed me in The DaRK God Saw it and so Didnt ALL my Family and Friends in Heaven

# CLAPP V. BAKER

Pg. 6

8.) N/A

9.) I can never work ever Again part time,
A) I will be Loosing my home $350,000
B) My INS. pays my Doctors and will continue to.
D) I will be Living in my CAR At Walmart Pkg. Lot.

10) DR. Paul Giella Ph.D.
   DR. Hervey Kimball III — M.D. Surgeon (Elbow, hand, shoulder)
   DR. George McManama — orthopedic Surgeon
   Reserve the Right to have a expert witness on "Excessive Force" I have paid them nothing yet

11.) Can not possibly Recall

12.) He Lied on warrant, He never told Fanning he was getting me arrested or charge with "Stalking" The only Ace in the hole For Bruce Tobin Fanning knew nothing never Listed it on his 258E Application what an Ambush that Backfired

13.) To hard to talk about I did not know Bruce Tobin I never knew it was State Police Then when my Atty. Got me Report I Read it was Tobin who pulled my RT. Arm to Damage it and what else he did to me then Called h Daddy At the Quincy Court The next Day to tell him and It calls to me Confirming This

CLAPP V. Baker                                Pg. 7
_____

14.) See #12

15.) I had no idea they were any police no Guns, Badges, Flashlites, warrant They were CAR Jackers what cop Dont Carry A Flashlight? Simply Stated it was an ambush gone wrong I was so abused I cant Recall every Detail I only realized they were the state Police when A marked police cruiser pulled up and they dragged me 65' down my Driveway under my American Flag — "what A disgrace" They then picked my pants up ripped Them and threw me head 1st. into the Back of The marked Police cruiser Trps. Mason and DaSilva were already in The caR - I dont think they ever got out they were eating a Salad they got Free from Aromas up the street From my hse. DASilva Said Dont Blame us we are only The Cab Driver and Then Said "This is A shit Case you will Be out tonight, "you have a nice hse" I never thought This was Brockton"

Dated: July 3, 2020

Respectfully Submitted
[signature]
Kevin S. CLAPP - pro se
79 Brookville Ave
Brockton, Mass. 02302
(508) 588-5338