UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. No.: 18-CV-10426

KEVIN S. CLAPP,
    Plaintiff

vs.

MARK COHEN, et al,
    Defendants

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (a) (1) (ii), hereby stipulate that all claims against Defendant Mark Cohen be dismissed with prejudice and with each party bearing its own costs.

Dated 2/9/2022

Defendant Mark Cohen,
By counsel,

David Officer, Esq.
BBO# 555253
David J. Officer, P.C.
PO Box 423
Southborough, MA 01772
508-481-5044
david@davidofficerlaw.com

Dated 2/9/22

Plaintiff Kevin Clapp
By counsel,

/s/ Robert Johnson

Robert Johnson, Esq.
BBO# 253020
4238 Washington Street, #307
Boston, MA 02131
617-899-7871
rcjohnson11@comcast.net

Dated 2/9/2022

Plaintiff Kevin Clapp
By counsel,

/s/ Deborah Bondzie

Deborah Bondzie, Esq.
BBO#685963
Law Office of Deborah A. Bondzie
1017 Turnpike Street, Suite 24A
Canton, MA 02021
617-483-3501
dbondzie@bondzielaw.com

Dated 2/9/2022

Defendant John Fanning
By counsel,

/s/ Daniel Moynihan

Daniel Moynihan, Esq.
moynihanlaw@verizon.net
BBO# 546346
Mark Russell, Esq
Attyrussell.moynihanlaw@gmail.com
BBO# 568943
Law Office of Daniel Moynihan
271 Main Street, Suite 302
Stoneham, Ma 02180
781-438-8800

Dated 2/9/2022

Defendant Bruce Tobin
By counsel,

/s/ Brian Rogal

---

Brian Rogal, Esq.
BBO# 424920
Rogal & Donnellan, P.C.
100 River Ridge Drive, Suite 203
Norwood, MA 02062
781-255-1200
Brogal@rogalanddonnellan.com

Dated 2/9/2022

Defendants Brian Tully and
Brian Brooks
By counsel,

/s/ Joseph Kittredge

---

Joseph Kittredge, Esq.
jkittredge@rkpclaw.com
BBO# 548841
Lorena Galvez, Esq.
lgalvez@rkpclaw.com
BBO# 699141
Alana Clements, Esq.
aclements@rkpclaw.com
BBO# 648833
Rafanelli Kittredge, P.C.
One Keefe Road
Acton, MA 01720
978-369-6001

Dated 2/9/2022

Defendant Scott Kearns,
By counsel,

/s/ Joseph Donnellan

---

Joseph Donnellan, Esq.
BBO# 558060
100 River Ridge Drive, Suite 203
Norwood, MA 02062
781-255-1200
jdonnellan@rogalanddonnellan.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants this 10TH day of FEBRUARY, 2022.

/s/ David J. Officer

_____
David J. Officer