UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEVIN S. CLAPP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 18-10426-ADB |
| | ) | |
| MARK COHEN, JOHN FANNING, | ) | |
| BRUCE TOBIN, BRIAN TULLY, | ) | |
| SCOTT KEARNS, and BRIAN BROOKS, | ) | |
| Defendants. | ) | |

**VERDICT FORM: 1983 UNLAWFUL SEIZURE**

As to the claims by Plaintiff Kevin S. Clapp against Defendants Mark Cohen, John Fanning, Bruce Tobin, Brian Tully, Scott Kearns, and Brian Brooks, individually, we make the following findings:

*Mark an "X" in the appropriate places.*

**A.  §1983 Unlawful Seizure**

Has Plaintiff Kevin S. Clapp proven by a preponderance of the evidence that the following Defendants, individually or through a joint venture, arrested him without probable cause?

| | | |
|---|---|---|
| Mark Cohen | Yes___ | No___ |
| John Fanning | Yes___ | No___ |
| Bruce Tobin | Yes___ | No___ |
| Brian Tully | Yes___ | No___ |
| Scott Kearns | Yes___ | No___ |
| Brian Brooks | Yes___ | No___ |

If you answered "yes" to any of the above questions, please answer Question B.

**B.  Damages**

Plaintiff Kevin S. Clapp is entitled to damages in the following amount:

$ _____ (stating the amount or, if none, write the word "none ").

Your deliberations are complete. Please sign and date this form and notify the court officer.

_____        _____
Foreperson                                                     Date

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KEVIN S. CLAPP,                          )
Plaintiff,                               )
                                         )
                                         )        Civil Action No. 18-10426-ADB
                                         )
MARK COHEN, JOHN FANNING,                )
BRUCE TOBIN, BRIAN TULLY,                )
SCOTT KEARNS, and BRIAN BROOKS,          )
Defendants.                              )

**VERDICT FORM: 1983 EXCESSIVE FORCE**

As to the claims by Plaintiff Kevin S. Clapp against Defendants Mark Cohen, John Fanning, Bruce Tobin, Brian Tully, Scott Kearns, and Brian Brooks, individually, we make the following findings:

*Mark an "X" in the appropriate places.*

**A.  §1983 Excessive Force**

Has Plaintiff Kevin S. Clapp proven by a preponderance of the evidence that the following Defendants, individually or through a joint venture, used excessive force against him?

| | | |
|---|---|---|
| Mark Cohen | Yes___ | No___ |
| John Fanning | Yes___ | No___ |
| Bruce Tobin | Yes___ | No___ |
| Brian Tully | Yes___ | No___ |
| Scott Kearns | Yes___ | No___ |
| Brian Brooks | Yes___ | No___ |

If you answered "yes" to any of the above questions, please answer Question E.

**B.  Damages**

Plaintiff Kevin S. Clapp is entitled to damages in the following amount:

$ _____ (stating the amount or, if none, write the word "none ").

Your deliberations are complete. Please sign and date this form and notify the court officer.

_____
Foreperson

_____
Date

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEVIN S. CLAPP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 18-10426-ADB |
| | ) | |
| MARK COHEN, JOHN FANNING, | ) | |
| BRUCE TOBIN, BRIAN TULLY, | ) | |
| SCOTT KEARNS, and BRIAN BROOKS, | ) | |
| Defendants. | ) | |

**VERDICT FORM: ASSAULT & BATTERY**

As to the claims by Plaintiff Kevin S. Clapp against Defendants Mark Cohen, John Fanning, Bruce Tobin, Brian Tully, Scott Kearns, and Brian Brooks, individually, we make the following findings:

*Mark an "X" in the appropriate places.*

### A.  **State Common Law Claim for Assault and Battery**

Has Plaintiff Kevin S. Clapp proven by a preponderance of the evidence that the following Defendants, individually or through a joint venture, committed an assault and battery against him?

| | | |
|---|---|---|
| Mark Cohen | Yes___ | No___ |
| John Fanning | Yes___ | No___ |
| Bruce Tobin | Yes___ | No___ |
| Brian Tully | Yes___ | No___ |
| Scott Kearns | Yes___ | No___ |
| Brian Brooks | Yes___ | No___ |

If you answered "yes" to any of the above questions, please answer Question E.

### B.  **Damages**

Plaintiff Kevin S. Clapp is entitled to damages in the following amount:

$ _____ (stating the amount or, if none, write the word "none ").

Your deliberations are complete. Please sign and date this form and notify the court officer.

_____
Foreperson

_____
Date

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEVIN S. CLAPP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 18-10426-ADB |
| | ) | |
| MARK COHEN, JOHN FANNING, | ) | |
| BRUCE TOBIN, BRIAN TULLY, | ) | |
| SCOTT KEARNS, and BRIAN BROOKS, | ) | |
| Defendants. | ) | |

## VERDICT FORM: MALICIOUS PROSECUTION

As to the claims by Plaintiff Kevin S. Clapp against Defendants Mark Cohen, John Fanning, Bruce Tobin, Brian Tully, Scott Kearns, and Brian Brooks, individually, we make the following findings:

*Mark an "X" in the appropriate places.*

### A. <u>State Common Law Claim for Malicious Prosecution</u>

Has Plaintiff Kevin S. Clapp proven by a preponderance of the evidence that Defendants, individually or through a joint venture, maliciously prosecuted him?

| | | |
|---|---|---|
| Mark Cohen | Yes___ | No___ |
| John Fanning | Yes___ | No___ |
| Bruce Tobin | Yes___ | No___ |
| Brian Tully | Yes___ | No___ |
| Scott Kearns | Yes___ | No___ |
| Brian Brooks | Yes___ | No___ |

If you answered "yes" to any of the above questions, please answer Question E.

### B. <u>Damages</u>

Plaintiff Kevin S. Clapp is entitled to damages in the following amount:

$ _____ (stating the amount or, if none, write the word "none ").

Your deliberations are complete. Please sign and date this form and notify the court officer.

_____
Foreperson

_____
Date