**Robert Johnson, Jr., Esq.**
Johnson & Associates
4238 Washington Street, Suite 307
Boston, MA 02131
Rcjohnson11@comcast.net
617-899-7871

March 18, 2022

Clerk's Office- Civil
United States District Court
3 Pemberton Square
Boston, MA 02108

Re: <u>Kevin S. Clapp v. Charles Baker et al</u>. No: 18-10426-ADB

Dear Sir/Madam:

Please find enclosed for filing notice of medical certification pursuant to M.G.L. Ch. 233, section 79G (**Morton Hospital, Pembroke Hospital**).

A copy of the Certification of Medical Records is attached.

Sincerely,

/s/ Robert C. Johnson, Jr.

Robert C. Johnson, Jr.

Cc: Joseph G. Donnellan
    Counsel of Record



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN S. CLAPP )<br>)<br>Plaintiff, )<br>)<br>)<br>VS. )<br>)<br>)<br>MARK COHEN, JOHN FANNING, )<br>BRUCE TOBIN, BRIAN TULLY )<br>SCOTT KEARNS, BRIAN BROOKS )<br>Defendants. )<br>_____ ) | CIVIL ACTION NO:<br>18-10426-ADB |

## CERTIFICATION OF MEDICAL RECORDS PURSUANT TO MASS GEN. LAWS CH. 233, SECTION 79G

Plaintiff hereby certifies that the medical records (**Morton Hospital, Pembroke Hospital**) of Kevin Clapp have been delivered to Defendants and he intends to introduce the same into evidence at trial:

Patient Name: Kevin Clapp
Date of Birth: 8/12/59

March 18, 2022
Date

/s/ Robert C. Johnson, Jr.
_____
Robert C. Johnson, Jr.

## CERTIFICATE OF SERVICE

I certify that I served a copy of Plaintiff's medical certification through the CM/ECF system to all registered participants.

| | |
|---|---|
| 3/18/2022 | /s/ Robert C. Johnson, Jr. |
| Date | Robert C. Johnson, Jr. |

## CERTIFICATE OF COMPLIANCE TO LOCAL RULE 7.1(a) (2)

I, Robert Johnson, Jr., hereby certify Defendants' counsel and I conferred on January 21, 2022 in an attempt in good faith to resolve or narrow the issues pertaining to medical certifications.

| | |
|---|---|
| 3/18/2022 | /s/ Robert C. Johnson, Jr. |
| Date | Robert C. Johnson, Jr. |